IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 8 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02089-BNB

JEROME WATSON HEARST, also know as
JEROME W. HEARST,

    Applicant,

v.

THE DISTRICT COURT OF EL PASO COUNTY, COLORADO,
COUNTY JUDGE RICHARD TOTH,
EL PASO COUNTY SHERIFF'S OFFICE CRIMINAL JUSTICE CENTER,
EL PASO COUNTY SHERIFF MAKETA,
COLORADO DEPARTMENT OF CORRECTIONS,
COLORADO DEPARTMENT OF CORRECTIONS DIVISION OF ADULT PAROLE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

    Applicant, Jerome Watson Hearst, also known as Jerome W. Hearst, currently is incarcerated at the El Paso County Jail in Colorado Springs, Colorado. The caption to this order has been corrected to reflect Mr. Hearst's alias. The clerk of the Court will be directed to correct the Court's docketing records accordingly.

    Mr. Hearst has filed a *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006) challenging a 1996 Colorado state conviction. For the reasons stated below, the application will be transferred to the United States Court of Appeals for the Tenth Circuit (Tenth Circuit).

    Mr. Hearst previously sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Hearst v. Atherton*, No. 01-cv-00407-ZLW (D. Colo. June 4,

2001); *see also Hearst v. Reid*, No. 04-cv-01045-ZLW (D. Colo. July 27, 2004). In Nos. 01-cv-00407-ZLW and 04-cv-01045-ZLW, Mr. Hearst challenged the same state court conviction he challenges in the instant action. The Court denied the habeas corpus application in No. 01-cv-00407-ZLW as procedurally barred and as barred by the one-year limitation period in 28 U.S.C. § 2244(d) (2006). The Court transferred to the Tenth Circuit as second or successive the habeas corpus application in No. 04-cv-01045-ZLW.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Hearst must apply to the Tenth Circuit for an order authorizing this Court to consider the instant successive application. Mr. Hearst fails to allege that he has obtained the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631 (1994). *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court is directed to transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631. It is

FURTHER ORDERED that the clerk of the Court correct its docketing records in this case to reflect Mr. Hearst's alias.

DATED at Denver, Colorado, this __7__ day of ____Nov____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02089-BNB

Jerome W. Hearst
Prisoner No. 00162246
El Paso County Det. Facility
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11/8/07 .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk