FILED
United States Court of Appeals
Tenth Circuit

January 24, 2008

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In re:

JEROME WATSON HEARST, a/k/a
Jerome W. Hearst,

    Movant.

No. 07-1473
(D.C. No. 07-CV-02089-ZLW)
(D. Colo.)

---

ORDER

---

    Movant Jerome Watson Hearst, a Colorado state prisoner proceeding pro se, filed in the district court an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. That filing constituted an attempt to file a second or successive § 2254 petition. Because Mr. Hearst had not obtained authorization from this court in accordance with 28 U.S.C. § 2244(b)(3) before filing the petition, the district court transferred it to this court on November 8, 2007. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam) (directing district courts to transfer unauthorized second or successive § 2254 petitions to this court in interest of justice pursuant to 28 U.S.C. § 1631).

    On November 14, 2007, this court sent Mr. Hearst written notice giving him thirty days to file in this court either a motion for authorization to file a second or successive § 2254 petition or a motion for remand to the district court.

That deadline was later extended to January 22, 2008. To date, Mr. Hearst has not filed either a motion for authorization or a motion for remand.

Accordingly, the matter is DISMISSED. This case is closed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk